THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH ALVES, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting defendant of selling gambling implements and

devices in violation of section 970-a of the Penal Law, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.